IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MACK AUTHER FOREMAN, JR.,    ) | |
| )  | |
|     Plaintiff,              ) | |
| )  | CIVIL ACTION NO. |
|     v.                      ) | 2:20cv575-MHT |
| )  | (WO) |
| MRS. L. BOGAN, Sergeant,   ) | |
| )  | |
|     Defendant.              ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining of inadequate access to the law library at Staton Correctional Facility to work on pending litigation and that the defendant correctional officer denied him his diabetic meal because he had legal paperwork with him which he needed in order to go to the library after the meal. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to obey court orders. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of February, 2023.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**