IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MACK AUTHER FOREMAN, JR.,     )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:20cv575-MHT
                              )           (WO)
MRS. L. BOGAN, Sergeant,      )
                              )
     Defendant.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 56) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with court orders.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of February, 2023.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**